UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ALAN ROEBKE, individually and on behalf of all others similarly situated,

Plaintiff,

v.

AVENTIS CROPSCIENCE HOLDING, INC.,

Defendant.

CIVIL NO. 01-428 (RHK/JMM)

ORDER

The above matter came on for hearing before the undersigned on May 18, 2001 upon Defendant's Motion for Limited Stay of Proceedings [Docket No. 8]. Thomas J. Lyons, Esq. appeared on behalf of Plaintiff; Scott A. Smith, Esq. appeared on behalf of Defendant.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, for the reasons placed on the record, now makes and enters the following Order.

IT IS HEREBY ORDERED that Defendant's Motion for Limited Stay of Proceedings [Docket No. 8] is granted in part and denied in part as follows:

1. The Motion is granted in that the Court's Order for Pretrial Conference [Docket No. 7] is rescinded. Within seven days after the Judicial Panel on Multidistrict Litigation rules upon Defendant's Motion to Transfer pursuant to 28 U.S.C. §1407, counsel for Defendant shall give written notice of the ruling to the Court and local counsel for Plaintiff.

MAY 21 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2. The Motion is denied as moot to the extent Defendant seeks to postpone the disclosures required under Fed. R. Civ. P. 26(a)(1). Local Rule 26.1(a)(1)(A) provides that the requirements of Fed. R. Civ. P. 26(a)(1) relating to initial disclosures do not apply to cases brought as class actions under Fed. R. Civ. P. 23, such as the instant case.

3. The Motion is in all other respects denied.

4. This Order is made expressly without prejudice to the parties' ability to proceed with discovery in this case.

Dated: May 18, 2001

JOHN M. MASON
United States Magistrate Judge